# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| **Raul Olivas,**<br>***Plaintiff*** | §<br>§ | |
| **v.** | §<br>§ | **1:25-cv-00836-SH** |
| **American Economy Insurance Company,**<br>***Defendant*** | §<br>§<br>§ | |

## ORDER

On this date, the Court held a status conference at which both parties appeared through counsel. The Court:

- **GRANTS** Plaintiff's Opposed Motion for Leave to Exceed Page Limit for Plaintiff's Motion to Compel Continued Rule 30(b)(6) Deposition and Motion for Sanctions (Dkt. 21). Defendant has until **August 10, 2026** to file a response limited to 20 pages and Plaintiff has until **August 17, 2026** to file a reply, if any, limited to 5 pages.

- **DISMISSES as moot** Plaintiff's Opposed Motion for Expedited Consideration or Hearing on Plaintiff's motion to Exclude R. Bryan Hash and Plaintiff's Motion to Compel Continued Rule 30(b)(6) Deposition (Dkt. 22) and Plaintiff's Opposed Motion to Continue Trial and Modify Pretrial Deadlines, or Alternatively, for Status Conference (Dkt. 26).

The Court will enter an Amended Scheduling Order resetting trial to **December 7, 2026**.

**SIGNED** on July 27, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE